IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| TRACI JONES, | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO. CIV-13-0874-HE |
| CAROLYN W. COLVIN, Acting Commissioner of the Social, Security Administration, | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff Traci Jones filed this action seeking judicial review of the final decision of the Commissioner of the Social Security Administration denying her application for supplemental security income benefits. Consistent with 28 U.S.C. § 636(b)(1)(B), the case was referred to Magistrate Judge Gary M. Purcell, who has recommended that the Commissioner's decision be affirmed.

Plaintiff failed to object to the Report and Recommendation and thereby waived her right to appellate review of the factual and legal issues it addressed. United States v. One Parcel of Real Property, 73 F.3d 1057, 1059-60 (10th Cir. 1996); *see* 28 U.S.C. § 636(b)(1)(C). Accordingly, the court **ADOPTS** Magistrate Judge Gary M. Purcell's Report and Recommendation. The Commissioner's decision is **AFFIRMED**.

**IT IS SO ORDERED**.

Dated this 25th day of July, 2014.

JOE HEATON
UNITED STATES DISTRICT JUDGE